*In re* WHITEHALL LITHOGRAPHIC CO.

(*Supreme Court, General Term, Third Department.*   November 30, 1891.)

Proceeding for the dissolution of the Whitehall Lithographic Company. No opinion.   Order affirmed, with $10 costs and printing disbursements.

---

HEATH, Appellant, *v.* SATTERLEE, Respondent.

(*Supreme Court, General Term, Third Department.*   November 30, 1891.)

Action by Orlando F. Heath against Frank C. Satterlee. No opinion.   Order affirmed, with $10 costs and printing disbursements.

---

ASHNER *v.* SCHREIBER *et al.*

(*Superior Court of New York City, General Term.*   December 14, 1891.)

No opinion.   Motion to strike cause from calendar, and to affirm order and judgment, with costs, granted.

---

HAYWOOD *v.* VAN COTT *et al.*

(*Superior Court of New York City, General Term.*   December 14, 1891.)

No opinion.   Appeal dismissed, with costs, as per order filed.

---

DUTCHESS COUNTY MUT. INS. CO. *v.* VAN WAGONEN *et al.*

(*Supreme Court, General Term, Third Department.*   October, 1890.)

Appeal from special term, Ulster county.

Action by the Dutchess County Mutual Insurance Company against Frederick S. Van Wagonen and Jacob D. Van Wagonen.   The complaint was dismissed, and plaintiff appeals.

Argued before LEARNED, P. J., and LANDON and MAYHAM, JJ.

*Wilkinson & Cossum,* for appellant.   *A. T. Clearwater,* for respondents.

No opinion.   Judgment affirmed, with costs.